**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

Ivan Mendoza

Debtor

Case No.: 16-06936
Chapter: 13
Hearing Date: 4/4/16

Judge Deborah L. Thorne

## NOTICE OF MOTION

TO: Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
Ivan Mendoza, Debtor, P.O. Box 59823, Schaumburg, IL 60159
Paul M. Bach, Attorney for Debtor, 900 Jorie Boulevard Suite 150, Oak Brook, IL 60523 by electronic notice through ECF

PLEASE TAKE NOTICE that on the 4/4/16, at 9:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Deborah L. Thorne, Bankruptcy Judge, in the courtroom usually occupied by him/her at the North Branch Court (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, IL 60073, room 613, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on March 24, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on March 24, 2016.

/s/ Gloria Tsotsos
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-23260)**

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on March 24, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on March 24, 2016.

- Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
- Ivan Mendoza, Debtor, P.O. Box 59823, Schaumburg, IL 60159
- Paul M. Bach, Attorney for Debtor, 900 Jorie Boulevard Suite 150, Oak Brook, IL 60523 by electronic notice through ECF

                                              /s/ Gloria Tsotsos
                                              Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-23260)**

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Ivan Mendoza

Case No.: 16-06936
Chapter: 13
Hearing Date: 4/4/16

Debtor | Judge Deborah L. Thorne

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** CITIMORTGAGE, INC. (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 31617 N. Tall Grass Court, Lakemoor, IL 60051;

3. This security interest arose from a Note and Mortgage, executed on 1/26/04 in the amount of $194,479.00, modified on 7/1/10 to $184,050.83;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 2/29/16;

5. On 12/26/2014, Movant filed a complaint to foreclose on the aforementioned property, state chancery case number 14 CH 02527;

6. On 11/6/2015, a Judgment for Foreclosure and Sale was entered in the amount of $196,867.18;

7.      Pursuant to said Judgment, a Judicial Sale was held on 02/09/2016;

8.      The estimated payoff as of the date of sale, was in the amount of $202,814.44;

9.      Due to the fact that the Sheriff's Sale was consummated prior to the Debtor's filing, the Sheriff's Sale is valid under <u>Colon v. Option One Mortg. Corp.</u>, 319 F.3d 912 (7th Cir. 2003), and the Debtor no longer retains the right to reinstate or payoff said debt to Movant;

10.     Pursuant to 11 U.S.C. §1322(c)(1) as amended by the Bankruptcy Reform Act of 1994, a chapter 13 plan may not cure a defaulted mortgage that has gone to foreclosure sale;

11.     This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

12.     Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding as follows:

    $850.00    for Preparation of Notice and Motion for Relief from the
         Automatic Stay, and prosecution of same
    $176.00    for Court filing fee

13.     CitiMortgage, Inc. services the loan on the property referenced in this Motion for Relief.  In the event the automatic stay is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of CITIMORTGAGE, INC. ("Noteholder").  Noteholder directly or through an agent, has possession of the promissory note.  The promissory note is either made payable to Noteholder or has been duly endorsed.  Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

**WHEREFORE,** CITIMORTGAGE, INC. prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this March 24, 2016.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Gloria Tsotsos

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-23260)**

NOTE: This law firm is a debt collector.