# United States Bankruptcy Court

### Northern District of Illinois, Eastern Division

IN RE:  Ivan Mendoza  ) Chapter 13
) Case No. 16 B 06936
Debtor(s)  ) Judge Deborah L. Thorne

## Notice of Motion

Ivan Mendoza
P.O. Box 59823
Schaumburg, IL 60159

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

On June 20, 2016 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, June 10, 2016.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 02/29/2016.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

4. The debtor(s) have failed to amend schedule B to list the value of their assets.

5. The debtor has failed to amend schedule I.

6. The debtor has failed to amend the plan to allow for an unsecured claim on the surrendered property.

7. The debtor has failed to amend the plan to remove the home owners association debt from E3.2.

8. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE